IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELRONE K. THOMPSON and<br>DENNETTA THOMPSON,<br><br>    Plaintiffs,<br><br>-vs-<br><br>MAERSK INC.,<br><br>    Defendant. | Civil Action No. 4:16-CV-00002-LGW-GRS |

## ORDER

The Plaintiffs have filed a Motion seeking to:

    1) to substitute Maersk A/S as a party defendant for the current named Defendant, Maersk Inc.; and

    2) to add Kommanditgesellschaft MS "Santa Regina" Offen Reederel GmbH & Co. as a party Defendant to this action.

Maersk Inc. does not oppose this motion.

Upon due consideration, said Motion is hereby GRANTED. The Plaintiffs are directed to file their Amended Complaint, and to perfect service on Defendant Kommanditgesellschaft MS "Santa Regina" Offen Reederel GmbH & Co. as allowed by law.

SO ORDERED, THIS THE ___1st___ DAY OF ___February___, 2016.

_____
G.R. Smith
Magistrate Judge