IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELRONE K. THOMPSON and DENNETTA THOMPSON,<br><br>Plaintiffs,<br><br>-vs-<br><br>MAERSK LINE A/S, and KOMMANDITGESELLSCHAFT MS "SANTA REGINA" OFFEN REEDEREL GMBH & CO.<br><br>Defendants. | Civil Action No. 4:16-CV-00002-LGW-GRS |

The Plaintiffs have filed a Motion seeking to:

1) to substitute Kommanditgesellschaft MS "Santa Livia" Offen Reederel GmbH & Co. as a party Defendant to this action in the stead of Kommanditgesellschaft MS "Santa Regina" Offen Reederel GmbH & Co.

Defendant Maersk Inc. does not oppose the addition of the vessel owner, Kommanditgesellschaft MS "Santa Livia" Offen Reederel GmbH & Co.

Defendant Kommanditgesellschaft MS "Santa Regina" Offen Reederel GmbH & Co. does not object to this substitution of parties subject to all rights, defenses, etc. and will represent Kommanditgesellschaft MS "Santa Livia" Offen Reederel GmbH & Co. in this action

Upon due consideration, said Motion is hereby GRANTED. The Plaintiffs are directed to file their Amended Complaint, and to perfect service on Defendant Kommanditgesellschaft MS "Santa Livia" Offen Reederel GmbH & Co. as allowed by law.

SO ORDERED, THIS THE 7TH DAY OF March, 2016.

G.R. Smith
Magistrate