# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| DELRONE K. THOMPSON and DENNETTA THOMPSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV416-002 |
| MAERSK LINE A/S; KOMMANDITGESELLSCHAFT MS "SANTA LIVIA' OFFEN REEDEREL GMBH & CO., | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Ceres Marine Terminals, Inc., plaintiff Delrone Thomson's employer, moves to intervene in this personal injury case. Doc. 35. Plaintiffs consent to the intervention (doc. 36), and defendants' failure to respond indicates their acquiescence as well. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). Finding it otherwise supported, the Court **GRANTS** Ceres' motion to intervene. Doc. 35.

**SO ORDERED**, this  15th   day of August, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA